```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

THOMAS W. CHARRON, JR.,                :       12 Civ. 6837 (WHP)

           Plaintiff,       :       SCHEDULING ORDER

      -against-

SALLYPORT GLOBAL HOLDINGS,
INC., *et al.*,                         :

           Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

      This Court will hold a teleconference on November 19, 2014 at 11:00 a.m. to discuss Mark C. Hendrson and Margaret M. Henderson's motion to intervene. The parties are directed to provide dial-in information in advance of the conference.

Dated: November 12, 2014
       New York, New York

                         SO ORDERED:

                         WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record:*

Athanasios Basdekis, Esq.
Bailey & Glasser, LLP
2855 Cranberry Square
Morgantown, WV 26508

James B. Perrine, Esq.
Bailey & Glasser, LLP
201 Monroe Street, Suite 2170
Montgomery, AL 36104

Brian A. Glasser, Esq.
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
*Counsel for Plaintiff*

Brian P. Waagner, Esq.
Elizabeth G. Leavy, Esq.
Thomas F. Rath, Esq.
Michael Gatje, Esq.
Husch Blackwell LLP
750 17th Street N.W. Suite 900
Washington, DC 20006

Daniel P. Jaffe, Esq.
Omri E. Praiss, Esq.
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
*Counsel for Defendants*

*Copy to:*

Tor Ekeland, Esq.
Tor Ekeland, P.C.
195 Plymouth Street, Fifth Floor
Brooklyn, NY 11201-1044
*Counsel for Mark C. Henderson &
Margaret M. Henderson*