UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
THOMAS W. CHARRON, JR.,                    12cv6837
:
           Plaintiff,                    ORDER
:
     -against-
:
SALLYPORT GLOBAL HOLDINGS,
INC., *et al.*,                             :

           Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The motion of Mark C. Henderson and Margaret M. Henderson to intervene in this action under Rule 24 is denied for the reasons stated on the record on November 19, 2014.

Dated: November 21, 2014
       New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Brian A. Glasser, Esq.
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301

Athanasios Basdekis, Esq.
Bailey & Glasser, LLP
2855 Cranberry Square
Morgantown, WV 26508

James B. Perrine, Esq.
Bailey & Glasser, LLP
201 Monroe Street, Suite 2170
Montgomery, AL 36104
*Counsel for Plaintiff*

Brian P. Waagner, Esq.
Elizabeth G. Leavy, Esq.
Thomas F. Rath, Esq.
Michael Gatje, Esq.
Husch Blackwell LLP
750 17th Street N.W. Suite 900
Washington, DC 20006

Daniel P. Jaffe, Esq.
Omri E. Praiss, Esq.
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
*Counsel for Defendants*

*Copy to:*

Tor Ekeland, Esq.
Tor Ekeland, P.C.
195 Plymouth Street, Fifth Floor
Brooklyn, NY 11201-1044
*Counsel for Mark C. Henderson &
Margaret M. Henderson*